**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01035-CV

**EAGLE I, JAMES P. GRAHAM AND ANIMAL HOUSE, Appellants**

**V.**

**DAVID POTTER, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00570**

## ORDER

Before the Court is appellants' January 13, 2015, third agreed motion for extension of time to file appellants' brief. In their motion, appellants state the parties are negotiating toward a settlement and they request a fourteen day extension of time to file their brief. We **GRANT** appellants' motion. Appellants' brief shall be filed no later than **January 30, 2015**.

/s/     CRAIG STODDART
            JUSTICE